IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REES, et.al, | CASE NO. CV-F-05-00297 AWI LJO |
| Plaintiff, | **AMENDMENT TO ORDER ON MOTION FOR FACILITATION OF NOTICE TO CLASS MEMBERS** (Doc. 33) |
| vs. | |
| SOUZA'S MILK TRANSPORTATION, CO., et al., | |
| Defendants. | |

This Court's order filed on May 5, 2006 "Order, *Sua Sponte*, on Motion for Facilitation of Notice to Class members" (Doc. 33) is amended as follows.

It is additionally ORDERED that defendant disclose the name and last known address of all truck drivers potentially satisfying the "opt-in" class definition as certified by this Court, within 10 Court days of the date of service of this Order.

IT IS SO ORDERED.

**Dated:   May 9, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES MAGISTRATE JUDGE