1   Jerry Budin, Esq.
    State Bar #88539
2   LAW OFFICE OF JERRY BUDIN
    2801 E. Orangeburg Ave., Suite 675-309
3   Modesto, California 95355
    Telephone: (209) 544-3030
4   Facsimile: (209) 544-3144

5   Attorney for Plaintiffs,
    RICHARD REES, ROBERT WINTERS,
6   individually and on behalf of
    all others similarly-situated

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                        (Fresno Division)

11

12   RICHARD REES, ROBERT WINTERS, )  CASE NO. 1:05-cv-00297 LJO-SMS
     individually and on behalf of )
13   all other similarly-situated, )
                                    )  STIPULATION TO FILE
14              Plaintiffs,         )  FIRST AMENDED COMPLAINT; EXHIBIT
                                    )  A;  **ORDER**
15   vs.                            )
                                    )
16   SOUZA'S MILK TRANSPORTATION,   )
     CO., and DOES 1 through 100,   )
17                                  )
                Defendants.         )
18                                  )
     _____)
19

20       IT IS HEREBY STIPULATED by and between the parties, through

21   their respective counsel, that the Court should enter an Order

22   allowing plaintiffs to file a First Amended Complaint in the form

23   of Exhibit A attached hereto.

24       IT IS FURTHER STIPULATED that service of the First Amended

25   Complaint on defendants will be deemed effective as of the date

26   ///

27   ///

28

_____
STIPULATION TO FILE FIRST AMENDED COMPLAINT;          CASE NO. CV-F-05-00297 LJO SMS
[PROPOSED] ORDER

1  defense counsel is served, electronically or otherwise, with a copy

2  of the Court's Order.

3  DATE: May 28, 2007                LAW OFFICE OF JERRY BUDIN

4                                     /s/ Jerry Budin

5                                    _____
                                     JERRY BUDIN
6                                    Attorney for Plaintiffs,
                                     RICHARD REES, ROBERT WINTERS,
7                                    individually and on behalf of
                                     all others similarly-situated
8

9  DATE: May 28, 2007                HOGAN & KLINGENBERGER

10                                     /s/ Daniel K. Klingenberger

11                                   _____
                                     DANIEL KLINGENBERGER
12                                   Attorney for Defendant,
                                     SOUZA'S MILK TRANSPORTATION CO.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11                              EXHIBIT A
12
13
14
15
16
17
18
19
20
21
22    Jerry Budin, Esq.
23    State Bar #88539
24    LAW OFFICE OF JERRY BUDIN
25    2801 E. Orangeburg Ave., Suite 675-309
26    Modesto, California 95355
27    Telephone: (209) 544-3030
28    Facsimile: (209) 544-3144

3

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME          CASE NO. CV-F-05-00297 LJO SMS
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]

1

2   Attorney for Plaintiffs,

3   RICHARD REES, ROBERT WINTERS,

4   individually and on behalf of

5   all others similarly-situated

6

7

8                   UNITED STATES DISTRICT COURT

9

10                 EASTERN DISTRICT OF CALIFORNIA

11

12

13

14  RICHARD REES, ROBERT WINTERS, )  CASE NO. CV-F-05-00297 LJO SMS

15  individually and on behalf of )

16  all other similarly-situated, )

17                                )

18              Plaintiffs,   )  FIRST AMENDED COMPLAINT

19                                )  FOR (1) UNPAID OVERTIME

20  vs.                           )  COMPENSATION [29 U.S.C.

21                                )  §201 et seq.] AND

22  SOUZA'S MILK TRANSPORTATION, )  (2) VIOLATIONS OF

23  CO., and DOES 1 through 100, )  UNFAIR COMPETITION ACT

24                                )  [California B&P §17200 et

25              Defendants.   )  seq.]

26                                )

27  _____)  **DEMAND FOR JURY TRIAL**

28

GREEN & AZEVEDO
1316 "K" Street
MODESTO, CA 95354
TEL (209) 526-3560

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]

CASE NO. CV-F-05-00297 LJO SMS

4

4

1    Plaintiffs, RICHARD REES and ROBERT WINTERS, individually and

2  on behalf of all others similarly-situated, complain and allege as

3  follows:

4                              **INTRODUCTION**

5    1.  This  is  an  "opt-in"  <u>collective  action</u>  pursuant  to  29

6  U.S.C. §216(b) and an "opt-out" <u>class action</u> pursuant to F.R.C.P.

7  23  seeking  unpaid  overtime  compensation  and  interest  thereon,

8  penalties,  injunctive  and  other  equitable  relief,  and  reasonable

9  attorney's fees and costs brought by plaintiffs, RICHARD REES and

10  ROBERT  WINTERS,  individually  and  on  behalf  of  all  other  truck

11

12  drivers  employed  by,  or  formerly  employed  by,  SOUZA'S  MILK

13  TRANSPORTATION,  CO.,  MANUEL  B.  SOUZA,  JR.  and  its  subsidiaries,

14  owners and affiliated companies (hereinafter collectively referred

15  to as "defendants"), within the State of California.  For at least

16  four  years  prior  to  the  filing  of  this  complaint  and  continuing  to

17  the  present,  defendants  have  had  a  consistent  policy  of  requiring

18  their  truck  drivers,  including  plaintiffs,  to  work  in  excess  of

19  forty (40) hours per week without paying them overtime compensation

20  as required by Federal and State laws.

21    2.  This complaint contains four causes of action.  In the

22  First  and  Third  Causes  of  Action,  the  named  plaintiffs,

23  individually and in an "opt-in" <u>collective action</u> on behalf of all

24  similarly-situated current and former truck drivers employed by

25  defendants in the State of California (Class 1), seek to recover

26  unpaid  overtime  compensation,  including  the  interest  thereon,

27  statutory penalties and reasonable attorney's fees and litigation

28  costs  pursuant  to  29  U.S.C.  §201  et  seq.    Jurisdiction  of  this

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME          CASE NO. CV-F-05-00297 LJO SMS
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                          5

1  cause of action is conferred upon this Court by 29 U.S.C. §201 et

2  seq. and 28 U.S.C. §1331.

3      3.    In the Second and Fourth Cause of Action, the plaintiffs,

4  individually and in an "opt-out" <u>class action</u> on behalf of all

5  similarly-situated current and former truck drivers employed by

6  defendants in the State of California, seek injunctive relief and

7  restitution from defendants of all wrongfully withheld overtime

8  compensation pursuant to California Business and Professions Code

9  §§17200-17208.   Jurisdiction of this state law cause of action is

10 conferred upon this court by 28 U.S.C. §1367.

11 ///

12                    **GENERAL ALLEGATIONS**

13     4.  Defendant SOUZA'S MILK TRANSPORTATION CO. is, and at all

14 times relevant herein was, a business entity engaged in the

15 intrastate transportation industry in the State of California, with

16 business operations in Gustine, California in the Eastern District

17 of California for the United States District Court.  At all times

18 relevant herein, the principal business of said defendant consisted

19 of the intrastate transportation, wholly within the State of

20 California, of milk products from milk plants to stores and

21 warehouses, which business activities involved the production of

22 goods for interstate commerce and/or affected interstate commerce.

23     5.  Defendant Manuel B. Souza, Jr., is and all times relevant

24 herein was an owner, President, and on the Board of Directors of

25 defendant Souza's Milk Transportation Co., Inc.  Defendant Manual

26 B. Souza, Jr., was personally responsible for the overall

27 operational control of and personally made all of the significant

28 business decision for defendant Souza's Milk Transportation Co.,

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME                CASE NO. CV-F-05-00297 LJO SMS
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                        6

1  Inc.  Furthermore, with respect to all of the allegations in this

2  First Amended Complaint, defendant Manuel B. Souza, Jr., acted

3  directly and/or indirectly in the interest of defendant Souza's

4  Milk Transportation Co., Inc., so as to satisfy the definition of

5  an employer under the Fair Labor Standards Act, 29 U.S.C. § 203(b).

6       6.  The  true  names  and  capacities,  whether  individual,

7  corporate, associate or otherwise, of defendants DOES 1 to 100,

8  inclusive,  are  unknown  to  plaintiffs,  who  therefore  sue  said

9  defendants by such fictitious names, and plaintiffs will seek leave

10  of Court to amend this Complaint when the true names and capacities

11  of said defendants are ascertained.  Plaintiffs are informed and

12  believe, and thereon allege, that each of the defendants designated

13  herein as a DOE is responsible in some manner and liable to

14  plaintiffs and the proposed classes upon the events forming the

15  grounds for this suit.

16       7.  Plaintiffs are informed and believe, and thereon allege,

17  that at all times relevant hereto, each of the defendants, whether

18  specifically named or designated as a DOE, was the agent, servant

19  and employee of the remaining co-defendants and, in doing the

20  things herein alleged, was acting within the course and scope of

21  said agency, employment and service with the advance knowledge,

22  consent and ratification of each of the remaining defendants.

23       8.  All of the acts and conduct committed by each and every

24  corporate defendant and described in this Complaint were duly

25  authorized, ordered and directed by that corporate defendant's

26  managing agents, employees and officers.  In addition, these

27  managing agents, corporate officers and employees participated in

28  the aforesaid acts and conduct and ratified, accepted the benefits

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME        CASE NO. CV-F-05-00297 LJO SMS
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                  7

1  of, condoned and approved each and all of the aforesaid acts and

2  conduct of that defendant corporation.

3      9.  The  acts,  conduct  and  events  alleged  herein  occurred

4  within the territory covered by the Eastern District of California

5  for  the  United  States  District  Court  and,  more  specifically,  in

6  Merced and Tulare Counties.

7      10. Plaintiff  ROBERT  WINTERS  and  numerous  members  of  the

8  proposed classes reside in the Eastern District of California for

9  the United States District Court.

10      11. Defendants'  failure  to  pay  overtime  compensation

11  is continuing and ongoing.

12          **COLLECTIVE, CLASS AND REPRESENTATIVE ACTION ALLEGATIONS**

13      12.  The named plaintiffs bring this action, individually and

14  on behalf of all current and former truck drivers employed by

15  defendants, as an "opt-in" collective action pursuant to 29 U.S.C.

16  §216(b) and as an "opt-out" class action pursuant to F.R.C.P. 23

17  (or, in the alternative, as a representative action pursuant to

18  Business and Professions Code §17204).

19      13.  The  "opt-in"  class  (hereinafter  Class  1)  that  the

20  plaintiffs seek to form and represent in the First and Third Causes

21  of Action is composed of and defined as follows:

22          Class 1

23          All persons who are employed or have been

24          employed  by  defendants  in  the  State  of

25          California who, within three (3) years of

26          the filing of this complaint and to the date

27          of trial (liability period 1), have worked

28          as a truck driver hauling milk products from

---

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME          CASE NO. CV-F-05-00297 LJO SMS
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                          8

1    milk plants to stores and/or warehouses

2    solely within the State of California and

3    have worked in excess of forty (40) hours

4    per week without being paid overtime

5    compensation by defendants for those excess

6    hours.

7    14.   The plaintiffs are similarly-situated to the members of

8    Class 1 in that plaintiffs (a) were employed by defendants during

9    liability period 1 as truck drivers; (b) regularly worked in excess

10   of forty (40) hours per week but were not paid overtime therefor

11   and (c) drove in intrastate transportation.

12   15.   The "opt-out" class (hereinafter Class 2) that the

13   plaintiffs seek to certify and represent in the Second and Fourth

14   Causes of Action is composed of and defined as follows:

15                Class 2

16                All persons who are employed or have been

17                employed by defendants in the State of

18                California who, within four (4) years of the

19                filing of this complaint and to the date of

20                trial (liability period 2), have worked as

21                a truck driver hauling milk products

22                frommilk plants to stores and/or warehouses

23                solely within the State of California and

24                have worked in excess of forty (40) hours

25                per week without being paid overtime

26                compensation by defendants for those excess

27                hours.

28   16.   As to Class 2, the requirements of F.R.C.P. 23 are

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME          CASE NO. CV-F-05-00297 LJO SMS
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                    9

1  satisfied in that there is a well-defined community of interest in

2  the litigation and the proposed class is easily ascertainable.  In

3  addition, the following requirements are satisfied:

4          a.  <u>Numerosity</u>.  The potential members of Class 2 as

5              defined are so numerous that joinder of all the

6              members of the class is impracticable.  While

7              the precise number of class members has not been

8              determined at this time, plaintiffs are informed

9              and believe that defendants have employed more

10             than fifty (50) persons as truck drivers in

11             California during liability period 2, who are or

12             have been affected by defendants' policy of

13             requiring such truck drivers to work in excess

14             of forty (40) hours per week without paying

15             overtime compensation.

16         b.  <u>Commonality</u>.   There are questions of law and

17             fact common to Class 2 that predominate over any

18             questions affecting only individual members of

19             Class 2.  These common questions of law and fact

20             include without limitation:

21             i.   Whether defendants violated Sections 17200

22                  et seq. of the California Business and

23                  Professions Code by failing to pay

24                  overtime compensation to truck drivers

25                  who drove in intrastate transportation in

26                  excess of forty (40) hours per week.

27         c.  <u>Typicality</u>.  The claims of the plaintiffs are

28             typical of the claims of Class 2.  Plaintiffs

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                    CASE NO. CV-F-05-00297 LJO SMS
10

1   and all members of Class 2 sustained economic

2   damages arising out of and caused by defendants'

3   common course of conduct in violation of law as

4   alleged herein.

5   d.  <u>Adequacy of Representation</u>.  Plaintiffs are

6   members of Class 2 and will fairly and

7   adequately represent and protect the interests

8   of the members of Class 2.  Counsel who

9   represent the plaintiff is competent and

10  experienced in litigating employment-related

11  cases, including wage and hour class actions.

12  e.  <u>Superiority of Class Action</u>.  A class action is

13  superior to other available means for the fair

14  and efficient adjudication of this controversy.

15  Individual joinder of all Class 2 members is not

16  practicable, and questions of law and fact

17  common to Class 2 predominate over any questions

18  affecting only individual members of Class 2.

19  Each member of Class 2 has been economically

20  damaged and is entitled to recovery by reason of

21  defendants' illegal policy and/or practice of

22  requiring truck drivers who drove in intrastate

23  transportation to work in excess of forty (40)

24  hours per week without paying overtime

25  compensation. Class action treatment will allow

26  those similarly-situated persons to litigate

27  their claims in the manner that is most

28  efficient and economical for the parties and the

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME          CASE NO. CV-F-05-00297 LJO SMS
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                           11

1          judicial system.

2

3                    **FIRST CAUSE OF ACTION**

4                 **(29 U.S.C. Section 201 et seq.)**

5          17.  The allegations of paragraphs 1-14 above are realleged and

6     incorporated herein by reference.

7          18.  Plaintiff, RICHARD REES, was employed by defendants

8     during liability period 1 as a truck driver.  He regularly worked

9     in excess of forty (40) hours per week.  His principal duties

10    consisted of the intrastate transportation, wholly within the State

11    of California, of milk products from milk plants to stores and/or

12    warehouses, which duties involved the production of goods for

13    interstate commerce and/or which affected interstate commerce.

14         19.  During liability period 1, pursuant to the provisions of

15    the Fair Labor Standards Act (29 U.S.C. Sections 206 and 207) and

16    regulations thereunder, plaintiffs and Class 1 were entitled to

17    overtime compensation for hours worked in excess of forty (40) per

18    week but defendants failed to pay plaintiff and  Class 1 overtime

19    compensation.

20         20.  Such failure was willful within the meaning of 29 U.S.C.

21    Section 255(a).

22          WHEREFORE, plaintiff and Class 1 request relief as

23    hereinafter set forth.

24

25                   **SECOND CAUSE OF ACTION**
                 **(Calif. B&P Code Section 17200 et seq.)**

26         21.  The allegations of paragraphs 1-12 and 15-16 above are

27    realleged and incorporated herein by reference.

28         22.  Plaintiff, RICHARD REES, was employed by defendants

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME          CASE NO. CV-F-05-00297 LJO SMS
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                12

during liability period 2 as a truck driver.  He regularly worked in excess of forty (40) hours per week.  His principal duties consisted of the intrastate transportation, wholly within the State of California, of milk products from milk plants to stores and/or warehouses, which duties involved the production of goods for interstate commerce and/or which affected interstate commerce.

23.  During liability period 2, plaintiffs and Class 2 were entitled to overtime compensation pursuant to 29 U.S.C. §201 et seq. for hours worked in excess of forty (40) per week but defendants failed to pay overtime compensation.  Said failure constitutes an unfair and unlawful business practice under California Business and Profession Code Sections 17200 et seq.

24.  As a result of said unfair and unlawful business practice, defendants have reaped and continue to reap unfair benefits and illegal profits at the expense of plaintiff and Class 2. Defendants should be enjoined from continuing these unfair business practices and made to disgorge their ill-gotten gains and return to plaintiff and Class 2 the wrongfully withheld overtime compensation.

WHEREFORE, plaintiff and Class 2 request relief as hereinafter set forth.

### THIRD CAUSE OF ACTION
### (29 U.S.C. Section 201 et seq.)

25.  The allegations of paragraphs 1-14 above are realleged and incorporated herein by reference.

26.  Plaintiff, ROBERT WINTERS, was employed by defendants during liability period 1 as a truck driver.  He regularly worked in excess of forty (40) hours per week.  His principal duties

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                    CASE NO. CV-F-05-00297 LJO SMS

13

1 consisted of the intrastate transportation, wholly within the State

2 of California, of milk products from milk plants to stores and/or

3 warehouses, which duties involved the production of goods for

4 interstate commerce and/or which affected interstate commerce.

5      27.   During liability period 1, pursuant to the provisions of

6 the Fair Labor Standards Act (29 U.S.C. Sections 206 and 207) and

7 regulations thereunder, plaintiff and Class 1 were entitled to

8 overtime compensation for hours worked in excess of forty (40) per

9 week but defendants failed to pay plaintiff and  Class 1 overtime

10 compensation.

11      28.   Such failure was willful within the meaning of 29 U.S.C.

12 Section 255(a).

13      WHEREFORE, plaintiff and Class 1 request relief as

14 hereinafter set forth.

15

16               **FOURTH CAUSE OF ACTION**
          **(Calif. B&P Code Section 17200 et seq.)**

17      29.   The allegations of paragraphs 1-12 and 15-16 above are

18 realleged and incorporated herein by reference.

19      30.   Plaintiff, ROBERT WINTERS, was employed by defendants

20 during liability period 2 as a truck driver.  He regularly worked

21 in excess of forty (40) hours per week.   His principal

22 dutiesconsisted of the intrastate transportation, wholly within the

23 State of California, of milk products from milk plants to stores

24 and/or warehouses, which duties involved the production of goods

25 for interstate commerce and/or which affected interstate commerce.

26      31.   During liability period 2, plaintiffs and Class 2 were

27 entitled to overtime compensation pursuant to 29 U.S.C. §201 et

28 seq. for hours worked in excess of forty (40) per week but

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME          CASE NO. CV-F-05-00297 LJO SMS
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                    14

1    defendants failed to pay overtime compensation. Said failure

2    constitutes an unfair and unlawful business practice under

3    California Business and Profession Code Sections 17200 et seq.

4        32.  As a result of said unfair and unlawful business practice,

5    defendants have reaped and continue to reap unfair benefits and

6    illegal profits at the expense of plaintiff and Class 2.

7    Defendants should be enjoined from continuing these unfair business

8    practices and made to disgorge their ill-gotten gains and return to

9    plaintiff and Class 2 the wrongfully withheld overtime

10   compensation.

11       WHEREFORE, plaintiff and Class 2 request relief as hereinafter

12   set forth.

13                     **PRAYER FOR RELIEF**

14       WHEREFORE, plaintiffs and the Classes request relief as

15   follows:

16   **AS TO THE FIRST AND THIRD CAUSES OF ACTION UNDER 29 U.S.C. §201 et**

17   **seq.**

18       1.  For a determination that the First and Third Causes of

19   Action under 29 U.S.C. §201 et seq. may be maintained as an "opt-

20   in" collective action under 29 U.S.C. §216(b) as to the unnamed,

21   but similarly-situated truck drivers comprising Class 1;

22       2.  For unpaid overtime compensation to plaintiffs and Class

23   1 during liability period 1 according to proof;

24       3.  For additional liquidated damages;

25       4.  For reasonable attorney fees and costs;

26       5.  For prejudgment interest at the prevailing legal rate;

27   and

28       6.  For such other and further relief as the Court may deem

---

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME            CASE NO. CV-F-05-00297 LJO SMS
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                    15

1  proper.

2  **AS TO THE SECOND AND FOURTH CAUSES OF ACTION UNDER B&P §17200 et**
   **seq.**
3

4      7.  For a determination that the Second and Fourth Causes of

5  Action under  California B&P Code §17200 may be maintained as an

6  "opt-out" class action under F.R.C.P. 23 as to the unnamed truck

7  drivers comprising Class 2;

8      8.  For restitution and disgorgement of all ill-gotten gains

9  and benefits, including restitution of unpaid overtime compensation

10 to plaintiffs and Class 2 during liability period 2 according to

11 proof;

12     9.  For injunctive relief that defendants be ordered to cease

13 and desist from unfair business practices in violation of Business

14 and Professions Code Section 17200 et seq.;

15     10.  For prejudgment interest at the prevailing legal rate; and

16     11.  For such other and further relief as the court may deem

17 proper.

18          **PLAINTIFFS AND THE CLASSES DEMAND TRIAL BY JURY**

19 DATE: May 17, 2007

20                                    LAW OFFICE OF JERRY BUDIN

21

22                                    /s/ Jerry Budin

                                     _____
23                                   JERRY BUDIN
                                     Attorney for Plaintiffs,
                                     RICHARD REES, ROBERT WINTERS,
24                                   individually and on behalf of
                                     all others similarly-situated
25

26

27

28

---

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME          CASE NO. CV-F-05-00297 LJO SMS
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                16

1

2

3

4

5

6                            _____   **ORDER**

7

8        Based  upon  the  above  Stipulation,  and  good  cause  appearing

9    therefrom,

10       The above stipulation is approved by the court and IT IS HEREBY

11   ORDERED that plaintiffs shall be allowed to file a First Amended

12   Complaint in the form of Exhibit A attached hereto.   **Plaintiff is**

13   **hereby Ordered to file the First Amended Complaint within five (5)**

14   **days from service of this Order.**

15   IT IS SO ORDERED.

16   **Dated:    June 1, 2007**                   _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT FOR (1) UNPAID OVERTIME          CASE NO. CV-F-05-00297 LJO SMS
COMPENSATION [29 U.S.C. §201 et seq.] AND
(2) VIOLATIONS OF UNFAIR COMPETITION ACT
[California B&P §17200 et seq.]                          17