```
Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiffs,
RICHARD REES, et al.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| RICHARD REES, ROBERT WINTERS, individually and on behalf of all other similarly-situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SOUZA'S MILK TRANSPORTATION, CO., et al., <br><br> Defendants. | CASE NO. CV F 05-0297 LJO SMS <br><br> DECLARATION AND STIPULATION IN SUPPORT OF REQUEST TO CONTINUE PRETRIAL CONFERENCE; ORDER <br><br><br> Trial Date: March 24, 2008 |

**DECLARATION IN SUPPORT OF REQUEST
TO CONTINUE PRETRIAL CONFERENCE**

I, Jerry Budin, declare as follows:

1. The Court has set a Pretrial Conference in this matter for January 11, 2008 at 8:30 a.m.

2. Plaintiff's counsel, Jerry Budin, is the lead trial counsel in this matter and, according to the Court's order, must attend the Pretrial Conference.

3. Plaintiff's counsel, however, has a conflict in that he has a prepaid vacation scheduled with his family to visit his

daughter who is attending university in Paris, France.  The dates of the prepaid vacation are December 28, 2007 to and including January 15, 2008.

4.   Because of this conflict, plaintiffs' counsel requested that defense counsel, Daniel Klingenberger, stipulate to a request to the Court to continue the Pretrial Conference to February 8, 2008 at 8:30 a.m.

5.   This date is six (6) weeks before the new trial date of March 24, 2008.

As to the facts stated above with respect to the reasons for the requested continuance, plaintiff's counsel, Jerry Budin, declares under penalty of perjury under the laws of the United States that said facts are true and correct.

DATED: November 26, 2007        LAW OFFICE OF JERRY BUDIN

/s/ Jerry Budin_____
JERRY BUDIN
Attorney for Plaintiffs,
RICHARD REES, et al.

**STIPULATION TO CONTINUE PRETRIAL CONFERENCE**

Defense counsel, Daniel Klingenberger, stipulates to and joins in the above request to continue the Pretrial Conference to February 8, 2008 at 8:30 a.m.

DATED: November 30, 2007        DOWLING, AARON & KEELER, INC.

/s/ Daniel Klingenbeger_____
DANIEL KLINGENBERGER
Attorney for Defendant,
SOUZA'S MILK TRANSPORTATION CO.

**ORDER**

The Court has considered the above Declaration and Stipulation in support of the parties' request to continue the Pretrial Conference and good cause appearing therefrom,

The Pretrial Conference is continued to February 8, 2008 at 8:30 a.m.

**IT IS SO ORDERED.**

**Dated:   December 3, 2007**                    /s/ Lawrence J. O'Neill
                                                 **UNITED STATES DISTRICT JUDGE**