1  Jerry N. Budin
   State Bar No. 88539
2  LAW OFFICE OF JERRY BUDIN
   2401 E. Orangeburg Ave., Suite 675-309
3  Modesto, California 95354
   Telephone: (209) 544-3030
4
   Attorney for Plaintiffs,
5  RICHARD REES, et al.

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                        (Fresno Division)

11

12 RICHARD REES, et al.,          ) CASE NO. 1:05-CV-00297 LJO SMS
                                  )
13            Plaintiffs,         ) STIPULATION FOR DISMISSAL WITH
                                  ) PREJUDICE; [PROPOSED] ORDER
14 vs.                            )
                                  )
15 SOUZA'S MILK TRANPORTATION,    )
   CO., et al.,                   )
16                                )
              Defendants.         )
17 _____)

18
        Pursuant to ¶6 of the Order and Judgment On Final Approval Of
19
   Class Action Settlement entered herein on February 18, 2009 (Doc.
20
   214), class counsel hereby notifies the Court that all of the
21
   obligations under said Judgment have been satisfied and, therefore,
22
   this matter should be dismissed with prejudice.
23
   DATED: June 19, 2010                LAW OFFICE OF JERRY BUDIN
24

25
                                       /s/ Jerry Budin
26                                     Jerry Budin
                                       Attorney for Plaintiffs,
27                                     RICHARD REES, et al.

28

STIPULATION FOR DISMISSAL WITH PREJUDICE;         CASE NO. 1:05-CV-00297 LJO SMS
[PROPOSED] ORDER

DATED: June 19, 2010

                                    /s/ Manual B. Souza, Jr.
                                    MANUAL B. SOUZA, JR.
                                    In Propia Persona

## **ORDER**

Based on the foregoing and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice.  This case is closed.

IT IS SO ORDERED.

**Dated:   June 21, 2010**                  /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE